Lauren Shapiro, Plaintiff-Appellant, 
against
Ballet Hispanico, Defendant-Respondent.



Plaintiff appeals from an order of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Joseph E. Capella, J.), dated August 31, 2016, which denied her motion to set aside the order and judgment (same court and Judge), dated May 4, 2016, after trial, dismissing her action.




Per Curiam.
Order (Joseph E. Capella, J.), dated August 31, 2016, affirmed, without costs.
The underlying small claims action was dismissed after a full trial on the merits. Plaintiff subsequently moved for a new trial, claiming that she cannot meaningfully appeal from the judgment of dismissal because a portion of the electronic recording of the trial proceeding was lost. Civil Court correctly denied the motion, noting that where a transcript or portion thereof is unavailable, plaintiff's remedy is to pursue the appeal after preparing and settling a statement in lieu of transcript pursuant to CPLR 5525(d) (see Brandenburg v Brandenburg, 188 AD2d 368 [1992]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 22, 2017